United States District Court
Southern District of Texas
**ENTERED**
December 13, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| A-PRO TOWING AND RECOVERY, LLC, *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:19-CV-16 |
| CITY OF PORT ISABEL, *et al.*, | § § § | |
| Defendants. | § § § | |

## **ORDER**

On December 2, 2019, three non-parties separately moved to quash Plaintiff A-Pro Towing and Recovery, LLC's subpoenas for deposition by written interrogatory questions.  (*See* Merced Cantu, Non-Party Motion to Quash Subpoenas (Doc. 28); Martin Cantu Jr., Non-Party Motion to Quash Subpoenas (Doc. 29); Maria Del Pilar Cantu, Non-Party Motion to Quash Subpoenas (Doc. 30))  Each motion provides only brief argument regarding the respective witness's objections to A-Pro's subpoenas.  Those objections include that each subpoena:

- requires disclosure of privileged or protected material to which no exception or waiver applies;
- subjects each respective witness to an undue burden; and
- requires disclosing a trade secret or other confidential information.

(Motions to Quash, Docs. 28–30)  Additionally, each witness requests that the Court impose sanctions on A-Pro for issuing and serving subpoenas that would cause each witness "an undue burden and expense".  (*Id.*)

On December 4, 2019, the Court stayed each Motion to Quash, and ordered A-Pro to file a response addressing each non-party motion.  (Doc. 33)  A-Pro has filed its response.  (Doc. 34)

After considering each Motion and the parties' briefs, the Court finds the Motions to Quash not well taken, although the Court's ruling does not overrule any objection to disclosing privileged information.  Accordingly, it is:

**ORDERED** that Merced Cantu, Non-Party Motion to Quash Subpoenas (Doc. 28) is **DENIED**;

**ORDERED** that Martin Cantu Jr., Non-Party Motion to Quash Subpoenas (Doc. 29) is **DENIED**;

**ORDERED** that Maria Del Pilar Cantu, Non-Party Motion to Quash Subpoenas (Doc. 30) is **DENIED**; and

**ORDERED** that each non-party witness shall provide a response to A-Pro's subpoena by no later than January 10, 2020. To the extent that a response to a question would require the discovery of privileged material, the responding party shall specify the nature of the protected information and the specific privilege that protects the information from disclosure.

SIGNED this 13th day of December, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge