United States District Court
Southern District of Texas
**ENTERED**
February 13, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

A-PRO TOWING AND RECOVERY, LLC, *et al.*, §
§
    Plaintiffs, §
VS. § CIVIL ACTION NO. 1:19-CV-16
§
CITY OF PORT ISABEL, *et al.*, §
§
    Defendants. §

## Second Amended Scheduling Order

1. Motion to join new parties must be filed by:     June 25, 2019

2. Party with burden on an issue shall name expert(s) and produce report(s) by:     July 23, 2019

3. Rebuttal expert(s) shall be named and report(s) produced by:     September 17, 2019

4. Discovery must be completed by:     April 10, 2020

   *Counsel may agree to continue discovery beyond the deadline, but the Court will not intervene. Absent exceptional circumstances, the Court will not grant a continuance because of information acquired in post-deadline discovery.*

5. Dispositive Motions and Motions to Exclude an Expert Witness must be filed by:     April 20, 2020

6. Plaintiff(s) must file the Joint Pretrial Order by:     June 24, 2020

7. Parties must file motions in limine and objections to proposed trial exhibits and witnesses by:     July 6, 2020

8. Final Pretrial Conference is set for 1:30 p.m. on:     July 13, 2020

*Court will schedule jury selection and/or trial date at Final Pretrial Conference.*

SIGNED this 13th day of February, 2020.

_____
Fernando Rodriguez, Jr.
United States District Judge