United States District Court
Southern District of Texas
**ENTERED**
August 19, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| A-PRO TOWING AND RECOVERY, LLC, *et al.*, § <br> § <br>     Plaintiffs, § <br> VS.                                § <br> § <br> CITY OF PORT ISABEL, *et al.*,     § <br> § <br>     Defendants.         § <br> § | CIVIL ACTION NO. 1:19-CV-00016 |

## FINAL JUDGMENT

On August 3, 2020, the Court issued its Order granting Defendant Martin Cantu, Sr.'s Motion for Summary Judgment. (Order, Doc. 63; Memorandum Op., Doc. 64)

In light of the Court's Order, Plaintiff A-Pro Towing and Recovery, LLC has no remaining claims against any defendant. As a result, it is:

**ORDERED** that Plaintiff take nothing by its lawsuit.

Unless otherwise agreed upon by the parties, each party shall bear its own costs and attorneys' fees.

The Clerk of the Court is requested to close this matter.

SIGNED this 19th day of August, 2020.

_____
Fernando Rodriguez, Jr.
United States District Judge