# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
April 21, 2021
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
April 21, 2021
Lyle W. Cayce
Clerk

No. 20-40599

A-Pro Towing and Recovery, L.L.C.; Eduardo Pena,

*Plaintiffs—Appellants,*

*versus*

City of Port Isabel; Martin Cantu, Sr.,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:19-CV-16

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is partially dismissed as of April 21, 2021, for Appellant Eduardo Pena and Appellee City of Port Isabel for failure to file briefs.

No. 20-40599

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Christina Gardner*
_____
Christina A. Gardner, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

April 21, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-40599    A-Pro Towing v. Cantu  
                      USDC No. 1:19-CV-16

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Christina Gardner*  
Christina A. Gardner, Deputy Clerk  
504-310-7684

Mr. J. Arnold Aguilar  
Mr. Daniel J. Goldberg  
Mr. Nathan Ochsner  
Mr. Martin Jonathan Siegel

P.S. to Counsel: Please use the attached caption for all future filings.

----------

Case No. 20-40599

----------

A-Pro Towing and Recovery, L.L.C.,

    Plaintiff - Appellant

v.

Martin Cantu, Sr.,

    Defendant - Appellee